# Court of Appeals
# of the State of Georgia

ATLANTA, December 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0705. MICHLYNN O'DELL v. JASON O'DELL.**

In this action to modify child support, Michlynn O'Dell ("Mother") filed a direct appeal from the trial court's final modification order. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). Because this case involves the collection of child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dep't of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (an action in which the "underlying subject matter is [the] obligation to provide child support" is "a domestic relations case subject to review only by application").

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991) (on motion for reconsideration). Because Mother did not file a discretionary application, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/17/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*